Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski  Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski  Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski Boshko Ognenovski